E.O.D. 6/19/00

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| JOHN D. RAFFAELLI, | § | |
| PLAINTIFF, | § | |
| vs. | § | CIV NO. 597cv174 |
| VIRGINIA RADNEY and STEPHEN A. RAFFAELLI, | § | |
| DEFENDANTS. | § | |

## ORDER

On Motion of the Plaintiff, this matter is dismissed with costs being adjudged against the party incurring same.

SIGNED AND ENTERED this 15th day of June, 2000.

HONORABLE DAVID FOLSOM
U. S. DISTRICT JUDGE


86